**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | | |
|---|---|---|
| **JEFFREY B. MOULD** | * | |
| **Plaintiff** | * | |
| v. | * | CASE NO. 1:13-cv-01305-JKB |
| **NJG FOOD SERVICE, INC., et al.** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Plaintiff Jeffrey B. Mould ("Plaintiff" or "Mr. Mould"), by counsel, hereby files this Motion for Leave to File First Amended Complaint, and for the reasons more specifically set forth in the Memorandum of Law in Support of this Motion, submitted herewith and incorporated herein by reference, respectfully requests that this Court enter an Order granting said Motion. In accordance with Local Rule 103.6(d), Plaintiff's counsel attempted twice to obtain the consent of Defendants' counsel prior to the filing of this Motion, but consent has not been obtained.

Respectfully submitted,

    /s/
Francis R. Laws (Bar. No. 02596)
flaws@tandllaw.com
Julia A. Carolan (Bar No. 28461)
jcarolan@tandllaw.com
THOMAS & LIBOWITZ, P.A.
100 Light Street, Suite 1100
Baltimore, Maryland 21202-1053
Phone: (410) 752-2468
Fax:    (410) 752-0979

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was filed electronically this 1st day of July 2013.  Notice of the filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                /s/
                                    Francis R. Laws