**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | | |
|---|---|---|
| **JEFFREY B. MOULD** | * | |
| **Plaintiff** | * | |
| v. | * | CASE NO. 1:13-cv-01305-JKB |
| **NJG FOOD SERVICE, INC., et al.** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Plaintiff's Motion for Leave to File First Amended Complaint, and any opposition thereto, it is this ____ day of _____, 2013 hereby

**ORDERED** that the Motion be, and is hereby **GRANTED**; and it is further

**ORDERED** that the First Amended Complaint attached as Exhibit 1 to the Motion, be and is hereby accepted for filing of record as of the date of this Order.

_____
The Honorable James K. Bredar
U.S. District Court, District of Maryland