IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **JEFFREY B. MOULD** | * | |
| **Plaintiff** | * | |
| v. | * | CASE NO. 1:13-cv-01305-JKB |
| **NJG FOOD SERVICE, INC., et al.** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>PLAINTIFF TAYLOR SCHLETTE'S MOTION FOR ATTORNEYS' FEES AND COSTS</u>**

Plaintiff Taylor Schlette, by counsel, hereby submits this Motion for Attorneys' Fees and Costs. Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b), Maryland Wage and Hour Law, MD. CODE ANN., LAB. & EMPL. § 3-427(d), Fed. R. Civ. P. 54(d), L.R. 109, Appendix B. *Rules and Guidelines for Determining Attorneys' Fees in Certain Cases*, and this Court's January 8, 2014 Order of Judgment, Plaintiff Schlette files this Motion and for the reasons set forth more fully in the Memorandum of Law attached hereto respectfully requests an Order awarding attorneys' fees and costs in the amount of $8,140.80.

Respectfully submitted,

_____/s/_____
Francis R. Laws (Bar No. 02596)
flaws@tandllaw.com
Julia A. Carolan (Bar No. 28461)
jcarolan@tandllaw.com
THOMAS & LIBOWITZ, P.A.
100 Light Street, Suite 1100
Baltimore, Maryland 21202-1053
Telephone: (410) 752-2468
Facsimile: (410) 752-0979

/s/
Martin E. Wolf (Bar No. 09425)
mwolf@gordon-wolf.com
GORDON & WOLF, CHTD.
102 W. Pennsylvania Ave., Suite 402
Towson, Maryland 21204
Telephone: (410) 825-2300
Facsimile: (410) 825-0066

*Attorneys for Plaintiff Taylor Schlette*

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically this 22nd day of January 2014. Notice of the filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/
Julia A. Carolan