# EXHIBIT 2

THOMAS & LIBOWITZ, P.A.
11th FLOOR
100 LIGHT STREET
BALTIMORE, MD 21202-1053


January 22, 2014


KATHLEEN YANEK
JULIANNE LODOWSKI
36372 AZALEA AVENUE
SELBYVILLE, DE 19975


In Reference To:  TAYLOR SCHLETTE
File No:   103376.002
Invoice No:    123316
              Professional services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/7/2013 | JAC | TELEPHONE CONFERENCE WITH TAYLOR SCHLETTE | 0.25 235.00/hr | 58.75 |
| 10/9/2013 | JAC | TRAVEL TO OCEAN CITY | 4.00 235.00/hr | 940.00 |
|  | JAC | TRAVEL TO OCEAN CITY | 2.00 | 115.00 |
|  | JAC | MEETING WITH TAYLOR SCHLETTE | 1.00 235.00/hr | 235.00 |
| 10/10/2013 | JAC | RESEARCH RE: ADDING OPT IN PLAINTIFF AND CONSENT FORMS | 4.00 235.00/hr | 940.00 |
| 10/11/2013 | JAC | RESEARCH RE: ADDING OPT IN PLAINTIFF AND CONSENT FORMS | 2.10 235.00/hr | 493.50 |
|  | JAC | DRAFT SUPPLEMENT TO MOTION FOR LEAVE TO FILE 2ND AMENDED COMPLAINT | 1.00 235.00/hr | 235.00 |
|  | JAC | TELEPHONE CONFERENCE WITH TAYLOR SCHLETTE | 0.40 235.00/hr | 94.00 |
| 12/6/2013 | JAC | REVIEW OFFER OF JUDGMENT TO TAYLOR SCHLETTE | 0.50 235.00/hr | 117.50 |
|  | JAC | E-MAIL AND CALL TAYLOR SCHLETTE | 0.30 235.00/hr | 70.50 |

KATHLEEN YANEK                                                          Page   2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/9/2013 | JAC | CONFERENCE WITH F. LAWS AND MARTY WOLF RE: ATTORNEY FEES WITH RESPECT TO TAYLOR SCHLETTE | 0.30 235.00/hr | 70.50 |
|  | JAC | SEVERAL E-MAILS WITH TAYLOR SCHLETTE RE: OFFER OF JUDGMENT | 0.40 235.00/hr | 94.00 |
| 12/20/2013 | JAC | SEVERAL CALLS AND TEXTS WITH TAYLOR SCHLETTE RE: OFFER ON JUDGMENT; CONFERENCE WITH F. LAWS RE: SAME | 0.30 235.00/hr | 70.50 |
|  | JAC | CONFERENCE WITH F. LAWS RE: OFFER TO TAYLOR SCHLETTE | 0.20 235.00/hr | 47.00 |
| 12/21/2013 | JAC | EDIT TAYLOR SCHLETTE NOTICE OF ACCEPTANCE | 0.30 235.00/hr | 70.50 |
| 12/23/2013 | VJL | PROOF DRAFT NOTICE OF ACCEPTANCE AND TRANSMIT TO OPPOSING COUNSEL; DRAFT PROPOSED ORDER | 0.50 140.00/hr | 70.00 |
|  | JAC | SEVERAL CALLS AND E-MAILS WITH JEAN RE: SCHLETTE NOTICE OF ACCEPTANCE | 0.45 235.00/hr | 105.75 |
|  | JAC | E-MAIL AND CALLS WITH F. LAWS RE: NOTICE OF ACCEPTANCE | 0.30 235.00/hr | 70.50 |
|  | JAC | E-MAIL TO OPPOSING COUNSEL RE: NOTICE OF ACCEPTANCE | 0.05 235.00/hr | 11.75 |
| 12/26/2013 | JAC | EDIT ORDER OF JUDGMENT | 0.20 235.00/hr | 47.00 |
|  | JAC | E-MAIL OPPOSING COUNSEL RE: ORDER OF JUDGMENT | 0.10 235.00/hr | 23.50 |

KATHLEEN YANEK                                                              Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/26/2013 | JAC | CONFERENCE WITH F. LAWS RE: ORDER OF JUDGMENT | 0.20 235.00/hr | 47.00 |
| 12/30/2013 | JAC | E-MAIL TO SCHLETTE RE: ACCEPTANCE | 0.10 235.00/hr | 23.50 |
| 12/31/2013 | JAC | TELEPHONE CONFERENCE WITH TAYLOR SCHLETTE | 0.20 235.00/hr | 47.00 |
|  | JAC | TELEPHONE CONFERENCE WITH CLERK RE: SCHLETTE ORDER OF JUDGMENT | 0.05 235.00/hr | 11.75 |
|  | JAC | CONFERENCE WITH F. LAWS RE: SCHLETTE ORDER OF JUDGMENT | 0.05 235.00/hr | 11.75 |
| 1/2/2014 | JAC | CONFERENCE WITH F. LAWS RE: ACCEPTANCE OF OFFER | 0.20 235.00/hr | 47.00 |
|  | JAC | TELEPHONE CALLS WITH CASE ADMINISTRATOR RE: ORDER OF JUDGMENT | 0.15 235.00/hr | 35.25 |
|  | JAC | EDIT ORDER AND E-MAIL OPPOSING COUNSEL RE: ORDER OF JUDGMENT | 0.20 235.00/hr | 47.00 |
|  | JAC | TELEPHONE CONFERENCE WITH TAYLOR SCHLETTE | 0.20 235.00/hr | 47.00 |
| 1/6/2014 | JAC | CONFERENCE WITH F. LAWS RE: SCHLETTE ACCEPTANCE; E-MAIL CASE ADMINISTRATOR RE: SAME | 0.10 235.00/hr | 23.50 |
| 1/7/2014 | JAC | REVIEW E-MAIL FROM CASE ADMINISTRATOR AND ADVISE J. LONGO RE: SAME | 0.10 235.00/hr | 23.50 |
| 1/8/2014 | JAC | RESEARCH MOTION FOR ATTORNEY FEE RULES RE: SCHLETTE MOTION | 0.20 235.00/hr | 47.00 |

KATHLEEN YANEK                                                    Page   4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/15/2014 | JAC | REVIEW<br>BILLS | 0.50<br>235.00/hr | 117.50 |
|  | JAC | RESEARCH<br>RE: MOTION FOR ATTORNEY<br>FEES | 1.00<br>235.00/hr | 235.00 |
| 1/21/2014 | JAC | REVIEW<br>BILLS FOR FEE PETITION | 0.50<br>235.00/hr | 117.50 |
|  | JAC | RESEARCH<br>RE: ATTORNEY FEES | 2.80<br>235.00/hr | 658.00 |
|  | JAC | DRAFT<br>MOTION FOR ATTORNEY FEES | 3.90<br>235.00/hr | 916.50 |
| 1/22/2014 | VJL | PREPARE<br>AND PROVIDE BIO TO J.<br>CAROLAN RE: SCHLETTE<br>MOTION | 0.50<br>140.00/hr | 70.00 |
|  | VJL | PREPARE<br>TABLE FOR INCLUSION<br>INTO MOTION FOR<br>ATTORNEYS' FEES RE:<br>SCHLETTE | 1.00<br>140.00/hr | 140.00 |
|  | VJL | PROOF<br>FINALIZE, BLUEBOOK, AND<br>CITE CHECK MOTION FOR<br>ATTORNEYS' FEES,<br>SUPPORTING MEMORANDUM<br>AND AFFIDAVIT RE:<br>PLAINTIFF SCHLETTE;<br>GATHER EXHIBITS AND<br>EFILE WITH THE COURT | 2.70<br>140.00/hr | 378.00 |
|  | JAC | DRAFT<br>AFFIDAVIT AND MOTION<br>FOR ATTORNEYS FEES AND<br>COSTS | 4.10<br>235.00/hr | 963.50 |

For professional services rendered          37.40        $7,987.50

KATHLEEN YANEK                                                    Page   5

           Additional charges:

                                                    Price          Amount

                                                                   153.30
10/11/2013  COST ADVANCED
            JULIA CAROLAN RE:                     153.30
            REIMBURSEMENT FOR TRAVEL
            TO/FROM OCEAN CITY, MD ON
            10/9/13

            Total costs                                            $153.30

            Total amount of this bill                            $8,140.80

            Balance due                                          $8,140.80

                              User Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| JULIA A.  CAROLAN | 30.70 | 235.00 | $7,214.50 |
| JULIA A.  CAROLAN | 2.00 | 0.00 | $115.00 |
| VALERIE J.  LONGO | 4.70 | 140.00 | $658.00 |