# EXHIBIT 3

**I.     Case Development/Background Investigation/Case Administration**

| Date | Description | Timekeeper | Time |
|---|---|---|---|
| 10/7/2013 | Telephone conference with Taylor Schlette | JAC | .25 |
| 10/9/2013 | Travel to Ocean City | JAC | 4.00 |
| 10/9/2013 | Travel to Ocean City | JAC | 2.00 |
| 10/9/2013 | Meeting with Taylor Schlette | JAC | 1.00 |
| 10/11/2013 | Telephone conference with Taylor Schlette | JAC | .40 |
| 12/6/2013 | Email and call to Taylor Schlette | JAC | .30 |
| 12/9/2013 | Conference with F. Laws and M. Wolf re: attorneys' fees with respect to Taylor Schlette | JAC | .30 |
| 12/9/2013 | Several emails with Taylor Schlette re: Offer of Judgment | JAC | .40 |
| 12/20/2013 | Several calls and texts with Taylor Schlette re: Offer of Judgment; conference with F. Laws re: same | JAC | .30 |
| 12/20/2013 | Conference with F. Laws re: offer to Taylor Schlette | JAC | .20 |
| 12/23/2013 | Several calls and emails with V. Longo re: Schlette Notice of Acceptance | JAC | .45 |
| 12/23/2013 | Email and calls with F. Laws re: Notice of Acceptance | JAC | .30 |
| 12/23/2013 | Email to opposing counsel re: Notice of Acceptance | JAC | .05 |
| 12/26/2013 | Email to opposing counsel re: Order of Judgment | JAC | .10 |
| 12/26/2013 | Conference with F. Laws re: Order of Judgment | JAC | .20 |
| 12/30/2013 | Email to Taylor Schlette re: acceptance | JAC | .10 |
| 12/31/2013 | Telephone conference with Taylor Schlette | JAC | .20 |
| 12/31/2013 | Telephone conference with clerk re: Schlette Order of Judgment | JAC | .05 |
| 12/31/2013 | Conference with F. Laws re: Schlette Order of Judgment | JAC | .05 |
| 1/2/2014 | Conference with F. Laws re: Acceptance of Offer | JAC | .20 |
| 1/2/2014 | Telephone calls with case administrator re: Order of Judgment | JAC | .15 |
| 1/2/2014 | Edit Order and email opposing counsel re: Order of Judgment | JAC | .20 |
| 1/2/2014 | Telephone conference with Taylor Schlette | JAC | .20 |
| 1/6/2014 | Conference with F. Laws re: Schlette acceptance; email case administrator re: same | JAC | .10 |
| 1/7/2014 | Review email from case administrator and advise V. Longo re: same | JAC | .10 |
| | **I.     Case Development/Background Investigation/ Case Administration TOTAL** | | **11.60** |

## II.     Pleadings

| Date | Description | Timekeeper | Time |
|---|---|---|---|
| 10/10/2013 | Research re: adding opt in plaintiff and consent forms | JAC | 4.00 |
| 10/11/2013 | Research re: adding opt in plaintiff and consent forms | JAC | 2.10 |
| 10/11/2013 | Draft Supplement to Motion for Leave to File Second Amended Complaint | JAC | 1.00 |
| 12/6/2013 | Review Offer of Judgment to Taylor Schlette | JAC | .50 |
| 12/21/2013 | Edit Taylor Schlette Notice of Acceptance | JAC | .30 |
| 12/23/2013 | Proof draft Notice of Acceptance and transmit to opposing counsel; draft proposed order | VJL | .50 |
| 12/26/2013 | Edit Order of Judgment | JAC | .20 |
|  | **II.     Pleadings TOTAL** |  | **8.60** |


## X.     Fee Petition Preparation

| Date | Description | Timekeeper | Time |
|---|---|---|---|
| 1/8/2014 | Research motion for attorneys' fee rules re: Schlette motion | JAC | .20 |
| 1/15/2014 | Review bills | JAC | .50 |
| 1/15/2014 | Research re: motion for attorneys' fees | JAC | 1.00 |
| 1/21/2014 | Review bills for fee petition | JAC | .50 |
| 1/21/2014 | Research re: attorneys' fees | JAC | 2.80 |
| 1/21/2014 | Draft motion for attorneys' fees | JAC | 3.90 |
| 1/22/2014 | Draft Affidavit and Motion for Attorneys' Fees and Costs | JAC | 4.10 |
| 1/22/2014 | Prepare and provide bio to J. Carolan | VJL | .50 |
| 1/22/2014 | Prepare table for inclusion into motion for attorneys' fees | VJL | 1.00 |
| 1/22/2014 | Proof finalize blue book and cite check motion for attorneys' fees, supporting memorandum and affidavit; gather exhibits and efile with the court | VJL | 2.70 |
|  | **X.     Fee Petition Preparation TOTAL** |  | **17.20** |

### GRAND TOTAL

| | | |
|---|---|---|
| Julia A. Carolan | 30.70 hours at $235.00 | $7,214.50 |
| Julia A. Carolan | 2.00 hours at $57.50 | $115.00 |
| Valerie J. Longo | 4.70 hours at $140.00 | $658.00 |
|  | 37.40 hours | $7,987.50 |