IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **JEFFREY B. MOULD** | * | |
| **Plaintiff** | * | |
| v. | * | CASE NO. 1:13-cv-01305-JKB |
| **NJG FOOD SERVICE, INC., et al.** | * | |
| **Defendants** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

Upon consideration of Plaintiff Taylor Schlette's Motion for Attorneys' Fees and Costs, and any Opposition thereto, it is this ____ day of _____, 2014 hereby

ORDERED that the Motion for Attorneys' Fees and Costs is GRANTED; and it is further

ORDERED that Defendants shall pay counsel for Plaintiff Taylor Schlette $8,140.80, representing $7,987.50 in fees and $153.30 in costs, on or before _____, 2014.

_____
The Honorable James K. Bredar
U.S. District Court, District of Maryland