IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2014 FEB 26  P 3: 56
CLERK'S OFFICE
AT BALTIMORE
BY_____ _____DEPUTY

| | | |
|---|---|---|
| **JEFFREY B. MOULD** | * | |
| **Plaintiff** | * | |
| v. | * | **CASE NO. 1:13-cv-01305-JKB** |
| **NJG FOOD SERVICE, INC., et al.** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Plaintiff Schlette's Unopposed Motion for Extension of Time, it is this 26 day of Feb., 2014, hereby

**ORDERED** that Plaintiff Schlette's time to file a Reply to Defendants' Opposition to Plaintiff Schlette's Motion for Attorneys' Fees and Costs (ECF Doc. 118) is extended to March 6, 2014.

_____
The Honorable James K. Bredar
U.S. District Court, District of Maryland