**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **JEFFREY B. MOULD** | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-13-1305 |
| **NJG FOOD SERVICE INC.,** *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

# ORDER

In accordance with the foregoing memorandum, it is ORDERED that:

(1) The Court's December 4, 2013 order (ECF No. 90) is hereby VACATED IN PART in that paragraphs (1) and (2) are VACATED;

(2) Defendants' partial motion to dismiss (ECF No. 35) is GRANTED IN PART AND DENIED IN PART:

    a. Counts V, VI, VIII, and IX of Plaintiff's amended complaint (ECF No. 33) are DISMISSED;

    b. With regard to Counts I, II, and IV of Plaintiff's amended complaint (ECF No. 33), Defendants' motion to dismiss is DENIED WITHOUT PREJUDICE;

    c. With regard to Counts III and VII of Plaintiff's amended complaint (ECF No. 33), Defendants' motion to dismiss is DENIED.

(3) Defendants' motion to dismiss (JKB-13-2183, ECF No. 9) is GRANTED IN PART AND DENIED IN PART:

a. Counts V, VI, and VII of Plaintiffs' second amended complaint (JKB-13-2183, ECF No. 20-1) are DISMISSED;

b. With regard to Counts I, II, and IV of Plaintiffs' second amended complaint (JKB-13-2183, ECF No. 20-1), Defendants' motion to dismiss is DENIED WITHOUT PREJUDICE.

c. With regard to Count III of Plaintiffs' second amended complaint (JKB-13-2183, ECF No. 20-1), Defendants' motion to dismiss is DENIED.

Dated this 11th day of April, 2014.

BY THE COURT:

/s/
James K. Bredar
United States District Judge