IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 JUN 17 A 11: 39

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

| | | |
|---|---|---|
| **JEFFREY B. MOULD** | * | |
| Plaintiff | * | |
| v. | * | **CIVIL NO. JKB-13-1305** |
| **NJG FOOD SERVICE INC.,** *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

The Court hereby ORDERS that:

1) In light of the Court's *sua sponte* order reinstating Count III (ECF No. 148), Defendants' motion to file an amended answer (ECF No. 155) is GRANTED. The Clerk is hereby DIRECTED TO DOCKET Defendants' proposed amended answer (ECF No. 155-1) as their "Amended Answer" to Plaintiff's amended complaint (ECF No. 33). The Court notes Plaintiff's objections to Defendants' new affirmative defenses (ECF No. 157). However, such objections properly belong in a motion to strike.

2) Defendants' motion to set a summary judgment briefing schedule for Count III (ECF No. 160) is GRANTED. Supplementary briefing submitted as part of this schedule shall be limited to two issues: (1) Count III; and (2) the issuance of amended W-2 statements by Defendants in response to Plaintiff's requests (*see* ECF Nos. 160 at ¶ 10; 160-1.) The schedule for such briefing is set as follows:

a. Defendants' supplementary motion for summary judgment and memorandum in support shall be due July 1, 2014;

b. Plaintiff's memorandum in response shall be due July 11, 2014;

c. Defendants' reply memorandum shall be due July 18, 2014.

Dated this __17__ day of June, 2014.

BY THE COURT:

_____
James K. Bredar
United States District Judge